1  BETH W. MORA, ESQ.  BAR NO: 208859
   LAW OFFICES OF LUCIUS A. COOPER
2  A Professional Corporation
   18 Crow Canyon Court, Suite 145
3  San Ramon, California  94583
   Telephone:  (925) 820-8949
4  Facsimile:  (925) 820-0278

5  Attorneys for Plaintiff SHABNAM NAWABI

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

11 SHABNAM NAWABI,                    )   NO.  C04-2690 CW
                                      )
12         Plaintiff,                  )   **STIPULATION OF DISMISSAL**
                                      )   **[F.R.C.P.  41(a)(1)]  and**  ~~[PROPOSED]~~
13 vs.                                )   **ORDER**
                                      )
14 M.A.C. COSMETICS INC.,             )
                                      )
15         Defendant.                  )
   _____)

18     WHEREAS the parties to this action have fully and finally resolved all issues set forth in this case:

19     IT IS HEREBY STIPULATED by and between the parties to this action through their designated

20 counsel that the above-captioned action be and hereby is dismissed with prejudice as to all Defendants

21 pursuant to F.R.C.P. 41(a)(1);

22 ///

STIPULATION OF DISMISSAL
CASE NO. C04-2690 CW

1  IT IS FURTHER STIPULATED by and between the parties through their designated counsel that each
2 party shall bear their own attorneys' fees and costs of suit.

3
4 DATED: May 12, 2005                              LAW OFFICES OF LUCIUS A. COOPER
                                                   A Professional Corporation
5
6
7                                                  By: __/s/_____
                                                        BETH W. MORA
                                                        Attorneys for Plaintiff
8                                                       SHABNAM NAWABI

9
10 DATED: May 12, 2005

11                                                 JEFFER, MANGELS, BUTLER & MARMARO LLP
12
13                                                 By: ___/s/_____
                                                        LOUISE ANN FERNANDEZ
                                                        GENEVIEVE C. NADEAU
14                                                      Attorneys for Defendant
                                                        M.A.C. COSMETICS INC.
15
16
                                           **ORDER**
17
                                                   /s/ CLAUDIA WILKEN
18 DATED: ___7/2_____, 2005               By:_____
                                                   JUDGE CLAUDIA WILKEN
19                                                 U.S. DISTRICT COURT JUDGE

STIPULATION OF DISMISSAL
CASE NO. C04-2690 CW                       2